IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dana R. Miller, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>Dignity Health, a California corporation dba St. Joseph's Hospital and Medical Center,<br><br>          Defendant. | No. CV-13-00060-PHX-GMS<br><br>**ORDER SETTING TRIAL** |

A Final Pretrial Conference was held on January 9, 2015. Counsel appeared on behalf of Plaintiff and Defendant. On the basis of the parties' written submissions and the hearing,

**IT IS HEREBY ORDERED:**

1. Trial in this matter shall begin on **May 12, 2015 at 9:00 a.m.**

2. The trial shall last **8 days** (**May 12-15; 19-22, 2015**). Plaintiffs shall be allotted **18 hours** of trial time and Defendants shall be allotted **16 hours** of trial time. The Court will keep track of each side's time. Opening and closing statements, direct examination, and cross-examination shall be counted against the parties' allotted time.

3. A final conference shall be held on **May 12, 2015 at 8:30 a.m.** in Courtroom 602, Sandra Day O'Connor Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.

4. The parties' proposed final pretrial order was approved by the Court as the final pretrial order in this case. The order shall govern the presentation of evidence and

1 other trial issues, and, pursuant to Rule 16(e) of the Federal Rules of Civil Procedure,
2 shall be modified only to prevent manifest injustice. Evidence, objections, legal
3 arguments, and relief not requested or identified in the order shall not be available at trial,
4 except to prevent manifest injustice.

5      5. The Court addressed Plaintiff's Motion in Limine re Preclude Any
6 Testimony or Documentary Evidence re Skip Level Meetings (Doc. 133). As discussed
7 on the record the motion is **denied without prejudice**.

8      6. The Court addressed Defendant's Motion in Limine re Non-Party EEOC
9 Charges (Doc. 135). As discussed on the record, the witnesses who filed EEOC charges
10 will be allowed to discuss the facts relating to this lawsuit that are discussed in the
11 charges. Nevertheless, the redacted charges themselves will not be introduced unless it is
12 appropriate to do so in light of Defendant's cross-examination. The motion is **denied**
13 **without prejudice**.

14      7. The Court addressed Defendant's Motion in limine re Late Disclosed
15 Damages (Doc. 137). The motion is **granted in part and denied in part**. Plaintiff will
16 be able to testify that she grinds her teeth as a result of stress, but will not be allowed to
17 testify that grinding her teeth caused her to receive any medical or dental treatment.

18      8. The Court addressed Defendant's Motion in Limine re Rumors of
19 Allegation of Sexual Harassment or Improper Conduct by Jeff Zyla at Previous Place of
20 Employment (Doc. 138). As discussed on the record, the motion is **taken under**
21 **advisement**. It is unlikely, however, that the Court will find such testimony admissible.
22 Plaintiff is not to mention, hint at, or refer to it in its opening statement, and is to confer
23 with the Court at sidebar prior to attempting to introduce such testimony.

24 / / /
25 / / /
26 / //
27 / / /
28 / / /

7. There will be **8 jurors**, and the jury will be instructed before closing arguments.

Dated this 9th day of January, 2015.

/s/ A. Murray Snow
G. Murray Snow
United States District Judge