# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dana R. Miller, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Dignity Health, a California corporation dba St. Joseph's Hospital and Medical Center,<br><br>　　　　　Defendant. | No. CV-13-00060-PHX-GMS<br><br>**ORDER** |

Before the Court is Non-Party Intervenor John Doe's Motion to Intervene for the Limited Purpose of Moving to Redact Docket Entry No. 148 (Doc. 156). No opposition having been received,

**IT IS HEREBY ORDERED** granting Non-Party Intervenor John Does' Motion to Intervene for the Limited Purpose of Moving to Redact Docket Entry No. 148.

**IT IS FURTHER ORDERED** directing the Clerk to revise Entry No. 148 in the docket in this closed case to redact the Intervenor's name, such that the entry reads as follows:

> ORDER, a Final Pretrial Conference was held 1/9/15; trial in this matter shall begin on 5/12/15 at 9:00 a.m.; a final conference shall be held on 5/12/15 at 8:30 a.m. in Courtroom 602, Sandra Day O'Connor Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003; Plaintiff's Motion in Limine re Preclude Any Testimony or Documentary Evidence re Skip Level Meetings 133 is denied without prejudice; Defendant's Motion in Limine re Non-Party EEOC Charges 135 is denied

without prejudice; Defendant's Motion in limine re Late Disclosed Damages 137 is granted in part and denied in part; Defendant's Motion in Limine re Rumors of Allegation of Sexual Harassment **REDACTED** 138 is taken under advisement (see order for complete details). Signed by Judge G Murray Snow on 1/9/15. (REW) (Entered: 01/09/2015).

Dated this 12th day of September, 2022.

_____
G. Murray Snow
Chief United States District Judge